# Exh. A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## TX 8-818-101

**Effective Date of Registration:**
December 19, 2019

**Registration Decision Date:**
December 20, 2019

---

## Title

**Title of Work:** Planner 5D objects

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 17, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** UAB Planner 5D
  **Author Created:** computer program, Computer program, including screen displays generated by computer program.
  **Work made for hire:** Yes
  **Domiciled in:** Lithuania

## Copyright Claimant

**Copyright Claimant:** UAB Planner 5D
Antakalnio g. 17, Vilnius, 10312, Lithuania

## Rights and Permissions

**Organization Name:** The Business Litigation Group, P.C.
**Name:** Marc Bernstein
**Email:** mbernstein@blgrp.com
**Telephone:** (415)765-6634
**Address:** 150 Spear Street
Suite 800
San Francisco, CA 94105 United States

## Certification

**Name:** Naomi Jane Gray
**Date**: December 19, 2019

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-818-102**

**Effective Date of Registration:**
December 19, 2019

**Registration Decision Date:**
December 20, 2019

## Title

**Title of Work:** Planner 5D scenes

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 19, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** UAB Planner 5D
  **Author Created:** computer program, Computer program, including screen displays generated by computer program.
  **Work made for hire:** Yes
  **Domiciled in:** Lithuania

## Copyright Claimant

**Copyright Claimant:** UAB Planner 5D
Antakalnio g. 17, Vilnius, 10312, Lithuania

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Preexisting elements of Claimant's computer program; third-party authorship of derivative works based upon preexisting elements of Claimant's computer program.

**New material included in claim:** computer program, Selection, coordination, and arrangement of derivative works created by third parties using preexisting elements of claimant's computer program.

## Rights and Permissions

**Organization Name:** The Business Litigation Group, P.C.

Page 1 of 2

**Name:** Marc Bernstein
**Email:** mbernstein@blgrp.com
**Telephone:** (415)765-6634
**Address:** 150 Spear Street
Suite 800
San Francisco, CA 94105 United States

## Certification

**Name:** Naomi Jane Gray
**Date:** December 19, 2019

**Correspondence:** Yes